UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE VILLESCAS,<br><br>          Plaintiff. | Case No. 21-cv-01193-EMC<br><br>**ORDER OF DISMISSAL** |

On February 18, 2021, the Court received a letter from Plaintiff addressed to "Armstrong Case Judges & Attorneys." Docket No. 1. That same day, the Clerk of the Court sent Plaintiff a notice that, if Plaintiff wished to pursue a civil rights action, Plaintiff needed to file a complaint on the Court's form no later than March 18, 2021. *See* Docket No. 2.

On March 22, 2021, the Court received Plaintiff's request for an extension of time to file his complaint. *See* Docket No. 5. The Court granted Plaintiff's request, and gave Plaintiff until June 11, 2021, to file his complaint. *See* Docket No. 8.

On May 21, 2021, the Court received Plaintiff's second request for an extension of time to file his complaint. *See* Docket No. 9. The Court granted Plaintiff's second request, and gave Plaintiff until July 16, 2021, to file his complaint. *See* Docket No. 10. The Court cautioned Plaintiff that "[f]ailure to [file his complaint by this second deadline] *will* result in the dismissal of the action." *Id*. (emphasis added).

On July 16, 2021, the Court received a third request for an extension of time from Plaintiff. *See* Docket No. 11. Plaintiff asked the Court to grant him until August 16, 2021, to file his complaint. *See id*. To date, Plaintiff still has not filed his complaint. *See generally*, Docket.

Because Plaintiff still has failed to file a complaint, despite two extensions of time and a caution that his action would be dismissed in the event that he failed to file, this action is **DISMISSED** for failure to prosecute. The Clerk shall enter Judgment and close the file.

**IT IS SO ORDERED**.

Dated: August 23, 2021

_____
EDWARD M. CHEN
United States District Judge

2